UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANN AND MARK LEANDER, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2586 |
| | § | |
| U.S. BANK, NATIONAL ASSOCIATION, | § | |
| AS TRUSTEE FOR ASSET BACKED | § | |
| SECURITIES CORPORATION HOME | § | |
| EQUITY TRUST, SERIES 2005-HE2, | § | |
| ASSET BACKED PASS-THROUGH | § | |
| CERTIFICATES, SERIES 2005-HE2, and | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendants. | § | |

# OPINION AND ORDER
# ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court are Defendants' Motion for Summary Judgment (Doc. 13) and the Magistrate Judge's Memorandum and Recommendation (Doc. 22), recommending that Defendants' Motion be granted. No objections were filed to the Memorandum and Recommendation and the time period for doing so has expired.

When no timely objection to a magistrate judge's memorandum and recommendation is filed by any party, the district court need only satisfy itself that there is no clear error on the face of the record to accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2008).

After carefully reviewing the record and applicable law, the Court concurs with the Magistrate Judge, who has correctly cited and applied the law to the facts here that are supported by the undisputed documentary evidence.

Accordingly, the Court hereby

ADOPTS the Magistrate Judge's Memorandum and Recommendation (Doc. 22) as its own and

ORDERS that Defendants' Motion for Summary Judgment (Doc. 13) is GRANTED.

SIGNED at Houston, Texas, this 12th day of April, 2018.

 MELINDA HARMON
UNITED STATES DISTRICT JUDGE